**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Missouri**
**Thomas F. Eagleton U.S. Courthouse**
**111 South Tenth Street, Fourth Floor**
**St. Louis, MO 63102**

In re:  Case No.: 21–40392 – A659
Alexandre Little  Chapter: 7
Belinda Little
**Debtor(s)**

## ORDER ON MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS

Debtor(s)' Motion For Extension of Time to file All Required Documents was filed on February 14, 2021. Upon careful consideration and review of record in this case, it is

**ORDERED** that the Debtor(s)' Motion For Extension of Time be and it hereby is **GRANTED**, in that Debtor is granted up to and including March 2, 2021, within which to file All Required Documents.

**IT IS FURTHER ORDERED** that Debtor(s)' attorney, or Debtor(s) who appears pro–se:

1)  contact the Chapter 7 Trustee's office and reschedule the § 341 Meeting of Creditors.

2)  provide the Chapter 7 Trustee with a copy of the all schedules and statements at least ten (10) days prior to the rescheduled Meeting of Creditors.

**IT IS FURTHER ORDERED** that Debtor(s)' attorney, or a Debtor who appears pro–se shall promptly provide all creditors and parties in interest with a notice of the adjourned Meeting of Creditors date and Hearing date and file a certificate service evidencing such notice.

*Kathy A Surratt-States*

**U. S. Bankruptcy Judge**

**Dated:** 2/17/21
**St. Louis, Missouri**
**Rev:** 04/18 oextssp

**Copy mailed to:**
Debtor(s)
Attorney(s)
Trustees